IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03000-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

RICK RAEMISCH, Executive Director (Individual and Official Capacities),

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Judge Christine M. Arguello on December 16, 2014 (Docket No. 15).

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> February 12, 2015, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that the Clerk of the Court shall add the following

interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
Jacob Daniel Oakley
#123294
San Carlos Correctional Facility (SCCF)
P.O. Box 3
Pueblo, CO 81002

     FURTHER, it is ORDERED that the Plaintiff shall appear telephonically, and the plaintiff's case manager shall make the appropriate arrangements to permit plaintiff's attendance at the Status Conference and shall contact the court by calling the court at (303) 844-2403.

     Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

     Done and signed this 17th day of December, 2014.

                                 BY THE COURT:

                                 <u>s/Michael J. Watanabe</u>
                                 MICHAEL J. WATANABE
                                 United States Magistrate Judge