IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03000-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

RICK RAEMISCH, Executive Director (Individual and Official Capacities),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion & Objection (Docket No. 28) is denied.  The court cannot discern what the objections pertain to and what relief plaintiff is seeking in this document.  At the time this document was filed, there were no motions pending to which plaintiff needed to respond.

Date: March 30, 2015