IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03000-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

RICK RAEMISCH, Executive Director (Individual and Official Capacities),

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Stay Discovery and Stay Any Rule 26 Deadlines and Proceedings (Docket No. 31), which is unopposed by plaintiff (see Docket No. 34 at 3), is granted for the reasons stated in the subject motion. Accordingly, all discovery is stayed in this matter until further order of the court.

Date: April 30, 2015