IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03000-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

RICK RAEMISCH, Executive Director (Individual and Official Capacities),

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Motion to Vacate the Dispositive Motions Deadline and the Final Pretrial Conference Pending Resolution of Qualified Immunity (Docket No. 51) is GRANTED in light of Defendant's motion raising qualified immunity and this Court's previous order staying discovery;

- The dispositive motion deadline is STAYED, to be reset in the future if need be; and

- The final pretrial conference set for December 14, 2015, at 9:30 a.m. is VACATED, to be reset in the future if need be.

- Counsel for Defendant is directed to file a proposed amended scheduling order within 14 days following final resolution of the motion to dismiss, unless the Court grants the motion in full and dismisses this case.

Date: October 14, 2015