IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03000-CMA-MJW

JACOB DANIEL OAKLEY,

Plaintiff(s),

v.

RICK RAEMISCH, Executive Director (Individual and Official Capacities),

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Motion for Verification (Docket No. 49) is granted as follows. In the subject motion (Docket No. 49), plaintiff asks the court "for verification on the status and merits" of this case and to rule on the merits of the case without further delay, noting that there is a pending motion to dismiss (Docket No. 29). Plaintiff is advised that the status of the pending motion is as follows. The court will issue a report and recommendation on the pending motion to dismiss (Docket No. 29) in due course. The court has a number of older pending dispositive motions in other cases that must be ruled upon first.

Date: October 19, 2015